**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ANDREA OVERTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01602-LO-IDD |
| ) | |
| CAPITAL ONE FINANCIAL CORP., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Please take notice that the Parties have amicably resolved this matter, and are currently working towards memorializing the settlement. The Parties will file a Stipulation of Dismissal once they have fully executed the settlement agreement.

Dated: February 16, 2017

Respectfully submitted:

**CAPITAL ONE FINANCIAL CORPORATION**

*Seth A. Schaeffer*
Seth A. Schaeffer (VSB No. 74509)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com

*Counsel for Defendant Capital One Financial Corporation*

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of February, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall PLC
4084 University Drive
Suite 202A
Fairfax, VA 22030
703-424-7572
Fax: 703-591-1067
Email: kkelly@kellyandcrandall.com
         aguzzo@kellyandcrandall.com

*Seth A. Schaeffer*
Seth A. Schaeffer (VSB No. 74509)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com