UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREA OVERTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-01602-LO-IDD |
| | ) |
| CAPITAL ONE FINANCIAL CORP., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrea Overton hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant Capital One Financial Corp. Plaintiff's dismissal is without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

Respectfully submitted,

Dated: March 24, 2017

/s/ *Kristi C. Kelly*_____
Kristi C. Kelly
Andrew J. Guzzo
Kelly & Crandall PLC
3925 Chain Bridge Road,
Suite 202
Fairfax, VA 22030
703-424-7572
Fax: 703-591-1067
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
*Counsel for Plaintiff*

/s/ *Seth A. Schaeffer*_____
Seth A. Schaeffer
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
sschaeffer@mcguirewoods.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

        /s/
Kristi Cahoon Kelly, VSB #72791
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*